1  STEVEN G. KALAR
   Federal Public Defender
2  HANNI M. FAKHOURY
   Assistant Federal Public Defender
3  1301 Clay Street, Suite 1350N
   Oakland, CA 94612
4  Telephone: (510) 637-3500
   hanni_fakhoury@fd.org

6  Attorneys for HAROLD PHILLIPS-OLIVER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 15-00503-KAW |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE JULY 28, 2016 STATUS HEARING AND TERMINATE PROBATION |
| v. | |
| HAROLD PHILLIPS-OLIVER, | |
| Defendant. | ) Hearing Date: July 28, 2016<br>) Time:           10:00 a.m. |

This matter is currently set for a status hearing to review Mr. Phillips-Oliver's performance on probation since the last status hearing on March 8, 2016. All parties agree that Mr. Phillips-Oliver has done well on probation in the last four months and should have his probation terminated at this status hearing.

On July 27, 2016, Mr. Phillips-Oliver's girlfriend went into labor and is expected to give birth to Mr. Phillips-Oliver's child in the next few hours. Since the parties agree that Mr. Phillips-Oliver's probation should be terminated, the parties request the court vacate the status hearing and order Mr. Phillips-Oliver's probation be terminated now so that Mr. Phillips-Oliver is relieved of his obligation to come to court and can be with his newborn son and girlfriend. Mr. Phillips-

1  Oliver's probation officer, Emily Libby, has no objection to this request.  Mr. Phillips-Oliver has
2  already had a revocation hearing as required by Federal Rule of Criminal Procedure 32.1(b)(2) and
3  knowingly and voluntarily waives his right to any further revocation hearing in order to terminate
4  his probation.

6  DATED:       July 27, 2016                              /S/
                                                  HANNI M. FAKHOURY
7                                                 Assistant Federal Public Defender

8
   DATED:       July 27, 2016                              /S/
9                                                 BRIGID MARTIN
                                                  Assistant United States Attorney

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-00503-KAW |
| Plaintiff, | [~~PROPOSED~~] ORDER VACATING JULY 28, 2016 STATUS HEARING AND TERMINATING PROBATION |
| v. | |
| HAROLD PHILLIPS-OLIVER, | Hearing Date: July 28, 2016 |
| Defendant. | Time:            10:00 a.m. |

For the reasons stated in the stipulation of the parties, the Court hereby VACATES the status hearing in this case set for July 28, 2016 at 10:00 a.m and hereby TERMINATES Mr. Phillips-Oliver from probation effective immediately.

**IT IS SO ORDERED.**

DATED: 7/27/16

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge